UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,             Civil No. 23-cv-10623

v.                           HON. Linda V. Parker

Miscellaneous Jewelry, seized from
7XX E.11Mile Rd, Royal Oak, Michigan

$71,129.00 U.S. Currency from residence at
7XX E. Eleven Mile Royal Oak, Michigan,

Miscellaneous Firearm and Ammunition,
Seized from 69XX Chimney Hill, Apt.30XX
West Bloomfield, Michigan

$42600.00 U.S. Currency from the person
of Pacino Horne at 69XX Chimmey Hill, #30XX,
West Bloomfield, Michigan

Miscellaneous Jewelry, seized from 69XX
Chimney Hill, Apt.30XX, West Bloomfield,
Michigan,

Miscellaneous Firearms and Ammunition,

Seized from 39XXX Springwater Drive,

Northville, MI

                Defendants In Rem,

-and

Pacino Horne

                Claimant.

_____/

## CLAIM OF INTREST

    I, Pacino Horne, claim the above-described currency, jewelry and miscellaneous firearms and ammunition is owned by me. The property was accrued from a number of legitimate sources including employment and gambling over a period of time.

Sworn under the penalty of perjury,

_/s/ Pacino Horne_
PACINO HORNE

Subscribed and sworn to before me on this 20th day of April 2023.

_/s/ Leslie Bowman_
Notary Public, Wayne County, Michigan,
My commission expires: 10/22/2029

LESLIE BOWMAN
Notary Public, State of Michigan
County of Wayne
My Commission Expires Oct. 22, 2029
Acting in the County of Wayne