UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Miscellaneous Jewelry, seized from
7XX E.11Mile Rd, Royal Oak, Michigan

$71,129.00 U.S.Currency from residence at
7XX E. Eleven Mile Royal Oak, Michigan,

Miscellaneous Firearm and Ammunition,
Seized from 69XX Chimney Hill, Apt.30XX
West Bloomfield, Michigan

$42600.00 U.S. Currency from the person
of Pacino Horne at 69XX Chimmey Hill, #30XX,
West Bloomfield, Michigan

Miscellaneous Jewelry, seized from 69XX
Chimney Hill, Apt.30XX, West Bloomfield,
Michigan,

Civil No. 23-cv-10623
HON. Linda V.Parker

Miscellaneous Firearms and Ammunition,

Seized from 39XXX Springwater Drive,

Northville, MI

        Defendants In Rem,

-and

Pacino Horne

        Claimant.

## CERTIFICATE OF SERVICE

I certify that I electronically filed Claim of Interest paper on April 20, 2023 via CM/ECF, which will send notification to all parties of record and mailed by first class mail, by placing the same envelope, postage prepaid, depositing said envelope in the United States Mail addressed to:

| | |
|---|---|
| Gjon Juncaj | Clerk of Court |
| Assistant United States Attorney | Eastern Distct Court of Michigan |
| 211 W.Fort St. Ste 201 | Theodore Levin U.S Courthouse |
| Detroit, MI 48226 | 231 W.Lafayette Blvd., Room 599 |
| Clerk of Court | Detroit, MI 48226 |

        /s/ W.OTIS CULPEPPER

        W.Otis Culpepper (P23520)

        Attorney for Claimant

        615 Griswold St. Ste 1300

        Detroit, MI 48226

        (313)963-5310