UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
APR 24 2023
CLERK'S OFFICE
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,

        Plaintiff,                Civil No. 23-cv-10623

v.                                HON. Linda V. Parker

Miscellaneous Jewelry, seized from

7XX E.11Mile Rd, Royal Oak, Michigan

$71,129.00 U.S.Currency from residence at

7XX E. Eleven Mile Royal Oak, Michigan,

Miscellaneous Firearm and Ammunition,

Seized from 69XX Chimney Hill, Apt.30XX

West Bloomfield, Michigan

$42600.00 U.S. Currency from the person

of Pacino Horne at 69XX Chimmey Hill, #30XX,

West Bloomfield, Michigan

Miscellaneous Jewelry, seized from 69XX

Chimney Hill, Apt.30XX, West Bloomfield,

Michigan,

Miscellaneous Firearms and Ammunition,

Seized from 39XXX Springwater Drive,

Northville, MI

        Defendants In Rem,

-and

Pacino Horne

        Claimant.

_____/

## CLAIM OF INTREST

I, Pacino Horne, claim the above-described currency, jewelry and miscellaneous firearms and ammunition is owned by me. The property was accrued from a number of legitimate sources including employment and gambling over a period of time.

Sworn under the penalty of perjury,

_____
PACINO HORNE

Subscribed and sworn to before me on this 20th day of April 2023.

_____
Leslie Bowman
Notary Public, Wayne County, Michigan,
My commission expires: 10/22/2029

LESLIE BOWMAN
Notary Public, State of Michigan
County of Wayne
My Commission Expires Oct. 22, 2029
Acting in the County of Wayne

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Miscellaneous Jewelry, seized from

7XX E.11Mile Rd, Royal Oak, Michigan

$71,129.00 U.S.Currency from residence at

7XX E. Eleven Mile Royal Oak, Michigan,

Miscellaneous Firearm and Ammunition,

Seized from 69XX Chimney Hill, Apt.30XX

West Bloomfield, Michigan

$42600.00 U.S. Currency from the person

of Pacino Horne at 69XX Chimmey Hill, #30XX,

West Bloomfield, Michigan

Miscellaneous Jewelry, seized from 69XX

Chimney Hill, Apt.30XX, West Bloomfield,

Michigan,

Civil No. 23-cv-10623

HON. Linda V.Parker

Miscellaneous Firearms and Ammunition,

Seized from 39XXX Springwater Drive,

Northville, MI

        Defendants In Rem,

-and

Pacino Horne

        Claimant.

## **CERTIFICATE OF SERVICE**

    I certify that I electronically filed Claim of Interest paper on April 20, 2023 via CM/ECF, which will send notification to all parties of record and mailed by first class mail, by placing the same envelope, postage prepaid, depositing said envelope in the United States Mail addressed to:

| | |
|---|---|
| Gjon Juncaj | Clerk of Court |
| Assistant United States Attorney | Eastern Distct Court of Michigan |
| 211 W.Fort St. Ste 201 | Theodore Levin U.S Courthouse |
| Detroit, MI 48226 | 231 W.Lafayette Blvd., Room 599 |
| Clerk of Court | Detroit, MI 48226 |

                /s/ *W.OTIS CULPEPPER*

                W.Otis Culpepper (P23520)

                Attorney for Claimant

                615 Griswold St. Ste 1300

                Detroit, MI 48226

                (313)963-5310

