UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,

                                            Civil No. 23-cv-10623
v.                                      Honorable Linda V. Parker

Miscellaneous Jewelry, seized from
7XX E. 11 Mile Road, Royal Oak, Michigan,

$71,129.00 U.S. Currency from the residence
at 7XX E. Eleven Mile, Royal Oak, Michigan,

Miscellaneous Firearms and Ammunition,
seized from 69XX Chimney Hill, Apt. 30XX,
West Bloomfield, Michigan,

$4,260.00 U.S. Currency from the person of
Pacino Horne at 69XX Chimney Hill, #30XX,
West Bloomfield, Michigan,

Miscellaneous Jewelry, seized from 69XX
Chimney Hill, Apt. 30XX, West Bloomfield,
Michigan,

Miscellaneous Firearms and Ammunition,
seized from 39XXX Springwater Drive,
Northville, Michigan,

        Defendants *in Rem*.

## Certificate of Service

    I hereby certify that service of copies of the Complaint for Forfeiture,

Warrant(s) of Arrest and Notice(s) in Rem, and Certificate of Service has been

made on August 9, 2023 upon the following individual(s), via certified and first-class mail, by placing the same in an envelope, postage prepaid, and depositing said envelope in the United States Mail addressed to:

Norbert Horne
XXXX East Parmer Lane, Apt XXXX
Austin, TX 78754

Norbert Horne
XXXX Broomfield Lane
West Bloomfield, MI 48322

Norbert Horne
XXXX N Lilley
Canton, MI 48187

Norbert Horne
XXXX Fox St
Inkster, MI 48141

Jesse Charles Vasquez Page
XXXXX Greenfield Road Apt XXXX
Southfield, MI 48075

Katelyn Cumming
XXXX Chimney Hill #XXXX
West Bloomfield, MI 48322

   Respectfully submitted,

   Dawn N. Ison
   United States Attorney

   S/Gjon Juncaj
   Gjon Juncaj (P63256)
   Assistant U.S. Attorney
   211 W. Fort Street, Ste. 2001
   Detroit, Michigan 48226
   (313) 226-0209
   Gjon.Juncaj@usdoj.gov