UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

       Plaintiff,

                                  Civil No. 23-cv-10623
v.                               Honorable Linda V. Parker

Miscellaneous Jewelry, seized from
7XX E. 11 Mile Road, Royal Oak, Michigan,

$71,129.00 U.S. Currency from the residence
at 7XX E. Eleven Mile, Royal Oak, Michigan,

Miscellaneous Firearms and Ammunition,
seized from 69XX Chimney Hill, Apt. 30XX,
West Bloomfield, Michigan,

$4,260.00 U.S. Currency from the person of
Pacino Horne at 69XX Chimney Hill, #30XX,
West Bloomfield, Michigan,

Miscellaneous Jewelry, seized from 69XX
Chimney Hill, Apt. 30XX, West Bloomfield,
Michigan,

Miscellaneous Firearms and Ammunition,
seized from 39XXX Springwater Drive,
Northville, Michigan,

               Defendants *in Rem*.

**Stipulated Order to Stay Civil Forfeiture Proceedings**

The United States, through counsel Dawn N. Ison, United States Attorney, and Gjon Juncaj, Assistant United States Attorney, and Claimant, Pacino Horne, by and through his attorney, W. Otis Culpepper, (collectively, the "Parties"), hereby stipulate and agree to the following:

1. This civil forfeiture case was commenced by the filing of a Complaint for Forfeiture on March 16, 2023.

2. A Claim of Interest was filed by or on behalf of Pacino Horne ("claimant") on or about April 20, 2023 and again on April 24, 2023.

3. The Parties acknowledge that there is an ongoing criminal investigation related to the civil forfeiture case.

4. In view of these circumstances, the Parties agree to the entry of an Order to Stay the above-captioned civil forfeiture proceeding pursuant to 18 U.S.C. § 981(g)(1), or alternatively 18 U.S.C. § 981(g)(2), on the grounds that continuation of the civil proceedings may negatively impact the government's ability to conduct the criminal investigation. The parties agree the stay shall be for 180 days, with an opportunity to renew by motion or stipulation of the parties.

**IT IS HEREBY ORDERED as follows:**

1. All proceedings in this civil forfeiture case shall be stayed for a period of 180 days until further order of the Court, without prejudice to either party seeking an advance termination or an extension of the stay.

2. The United States shall promptly inform the claimant's counsel of the culmination or termination of the criminal investigation or any ensuing prosecution, whether by discontinuance or culmination.

3. Upon termination of the stay, the claimant shall have 30 days to file an answer to the complaint. Subsequent to the filing of any answer the parties shall be afforded a reasonable time to conclude discovery, file dispositive motions, and file all witness lists prior to any pretrial or trial proceedings. The government may also complete service of other putative parties.

4. During the stay the government may serve notice of these proceedings on any additional parties that may have an interest in the defendants *in rem*.

**SO ORDERED.**

s/ Linda V. Parker  
LINDA V. PARKER  
U.S. DISTRICT JUDGE

Dated: August 10, 2023

Approved as to form and substance:

Dawn N. Ison
United States Attorney

<u>S/Gjon Juncaj</u>  
Gjon Juncaj (P63256)  
Assistant United States Attorney  
211 W. Fort Street, Suite 2001  
Detroit, MI 48226  
(313) 226-0209  
<u>Gjon.Juncaj@usdoj.gov</u>  
Dated: August 10, 2023

<u>s/ W. Otis Culpepper (w/consent)</u>  
W. Otis Culpepper  
Counsel for Pacino Horne  
615 Griswold St, Ste 1300  
Detroit, MI 48226  
(313) 963-5310  
Otisculpepper@sbcglobal.net  
Dated: August 10, 2023

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*